UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-18709-BKC-LMI

CHAPTER 13

IN RE:

NOAM YATIV,
    Debtor.
_____/

**EMERGENCY HEARING REQUESTED**

**DEBTORS' EMERGENCY MOTION TO APPROVE SALE OF HOMESTEAD PROPERTY**

(Emergency as to the closing date is scheduled on or before April 1, 2019, and if the Debtor is not in a position to close on that date, the purchaser will be withdrawing from the contract)

The Debtor, NOAM YATIV, moves this Honorable Court for an Order approving the sale of the Debtor's property, and states:

1. The Debtor is presently under the jurisdiction of the United States Bankruptcy Court pursuant to a Chapter 13 bankruptcy filed on July 19, 2019.

2. The Debtor listed in his Schedules homestead property, which is claimed as exempt, located at 21224 Northeast 19th Court, Miami, FL 33179, and is legally described as:

> **Lot 17, Block 6, OF THE SECOND ADDITION TO HIGHLANDS GARDENS, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 96, PAGE 20, OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY FLORIDA.**

3. The Debtor has entered into a Contract for the Sale and Purchase of the homestead property, a copy of which is attached hereto.

**CERTIFICATION OF LOCAL RULE 9075-I**

4. The emergency nature of this motion is that the closing date is on or before April 1, 2019 , and if the Debtor is not in a position to close on that date, the purchaser will be withdrawing from the contract.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail  to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Brian Rosaler, counsel for SPS at ecfbankruptcy@popkinrosaler.com and those set forth in the NEF, this 5th day of March, 2019, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service to those set forth above and by regular mail to all creditors.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtors
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Email- Pleadings@bkclawmiami.com


By    /m/ _____
        Michael J. Brooks
        Florida Bar No. 434442