UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

CASE NO.: 18-18709-LMI

NOAM YATIV

CHAPTER: 13

Debtor(s).

_____/

**SECURED CREDITOR'S, RESPONSE TO DEBTOR'S EMERGENCY
MOTION FOR APPROVAL OF SALE OF HOMESTEAD PROPERTY**
*21224 NE 19th Ct, Miami, FL 33179*

**COMES NOW**, SELECT  PORTFOLIO SERVICING, INC. SERVICER FOR TOWD POINT MORTGAGE TRUST 2015-5, U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE ("Secured Creditor"), by and through its undersigned counsel, as and for Response to Debtor's Emergency Motion for Approval of Sale of Homestead Property [DE68], and in support states as follows:

1. Secured Creditor holds a security interest in Debtor's exempt real property, located at 21224 NE 19th Ct, in Miami-Dade County, FL by virtue of a Promissory Note and Mortgage dated August 07, 2007 recorded in the Public Records of Miami-Dade, FL.  Said mortgage gives Secured Creditor a first mortgage position.

2. Debtor has filed an Emergency Motion for Approval of Sale of Homestead Property on March 5, 2019 [DE68].

3. The purchase price on the contract attached to Debtor's Motion is listed at $597,000, which appears to be more that what is owed to Secured Creditor.

4. Therefore, Secured Creditor has no opposition to the entry of an order allowing Debtor to sell the Property provided Secured Creditor is paid in full at closing and is not being asked to accept less than the full amount it is owed and provided that:

   a. Debtor or the closing agent request and obtain a payoff statement prior to closing;

   b. Such payoff statement shall not be expired at the time of closing.

18-46751B

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the SOUTHERN District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

Dated: March 19, 2019

Respectfully submitted,
        /s/ BRIAN L. ROSALER
**BRIAN L. ROSALER**
Florida Bar No.: 0174882
**POPKIN & ROSALER, P.A.**
Attorney for Secured Creditor
1701 West Hillsboro Boulevard, Ste 400
Deerfield Beach, FL  33442
Telephone: (954) 360-9030
Facsimile: (954) 420-5187
Email: bankruptcy@popkinrosaler.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the below service list, this this   19   day of   March  ,  2019.

Noam Yativ
21224 NE 19 Ct
Miami, FL 33179

Michael A. Frank, Esq.
10 NW LeJeune Rd #620
Miami, FL 33126

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

By:     /s/ BRIAN L. ROSALER
       **BRIAN L. ROSALER**
       Florida Bar No.: 0174882

18-46751B