

ORDERED in the Southern District of Florida on March 27, 2019.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-18709-BKC-LMI
CHAPTER 13

IN RE:

NOAM YATIV
    Debtor.
_____/

### ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO AUTHORIZE SALE OF HOMESTEAD PROPERTY

THIS CAUSE having come on to be heard at 1:30 p.m., on March 27, 2019, on the Debtor's Emergency Motion to Authorize Sale of Homestead Property, [ECF 68] the Court finding that the Debtor claimed his homestead real property as exempt and noting that no objections to the claimed exemptions have been filed, having heard argument of counsel and based upon the record, it is,

**ORDERED**:

    1.    The Debtor's Emergency Motion to Authorize Sale of Homestead Property is GRANTED.

    2.    The Debtor is authorized to sell his homestead property located at 21224 Northeast 19th Court, Miami, FL 33179, and is legally described as:

**Lot 17, Block 6, OF THE SECOND ADDITION TO HIGHLAND GARDENS, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 96, PAGE 20,OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY FLORIDA**.

# # #

Submitted by:
Michael J. Brooks, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305)_ 443-4217
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael J. Brooks, Esquire
Nancy Neidich, Trustee
and all creditors

    Attorney, Michael J. Brooks, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.